UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIK LINDSEY SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>FILIPE MARTINEZ, Warden,<br><br>        Respondent. | Case No. 5:22-cv-01470-MWF-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Erik Lindsey Smith ("Petitioner"), through counsel, the Motion to Dismiss the Petition (Dkt. 11, "Motion"), and supporting exhibits filed by Respondent Filipe Martinez ("Respondent"), the Opposition (Dkt. 16) to the Motion filed by Petitioner, the Reply (Dkt. 17) filed by Respondent, the Order re Further Briefing and Setting Oral Argument issued by the assigned magistrate judge (Dkt. 18), the supplemental brief filed by Petitioner (Dkt. 21), the supplemental brief filed by Respondent (Dkt. 22), and the Report and Recommendation of the United States Magistrate Judge filed on February 22, 2023 (Dkt. 25, "Report").

No party filed a timely file any objection to the Report or timely sought additional time in which to do so. Nonetheless, this Court has reviewed the Report de novo. The Court agrees with the Magistrate Judge's analysis of "seriousness." (Report at 10-18). Specifically, this Court is persuaded by the reasoning in *United States v. Caso,* 723 F.3d 215, 223 (D.C. Cir. 2013), and the reliance of the Ninth Circuit on the Sentencing Guidelines in *United States v. Hernandez-Vasquez,* 513 F.3d 908, 919 (9th Cir. 2008), albeit for different purposes. This Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED as follows:

(1) Respondent's Motion to Dismiss (Dkt. 11) is DENIED;

(2) the Petition (Dkt. 1) is GRANTED; and

(3) Judgment shall be entered conditionally granting a writ of habeas corpus and ordering Respondent to release Petitioner on the 30th day after judgment is entered, subject to the filing of any further charges and proceedings in the Southern District of Florida before that date.

Dated: March 15, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge