JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIK LINDSEY SMITH,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　Respondent. | Case No. 5:22-cv-01470-MWF-JDE<br><br>JUDGMENT |

Pursuant to the Report and Recommendation of the United States Magistrate Judge,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition (Dkt. 1) is GRANTED as follows: Respondent is conditionally ORDERED to release Petitioner from custody on the 30th day after this Judgment is entered, subject to the filing of any further charges and proceedings in the Southern District of Florida before that date.

Dated: March 15, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge